The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-059 RSL |
| Plaintiff, | ORDER |
| v. | |
| HIYWET BEKELE MILLION and CAROLE MAYETTA CRANE, | |
| Defendants. | |

Based upon the government's motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket and the indictment in the above-captioned case.

DATED this 20th day of April, 2022.

_____
ROBERT S. LASNIK
United States District Judge

Government's Motion to Unseal Case - 1
*United States v. Million & Crane*, CR21-059 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970