The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-059 RSL |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| HIYWET BEKELE MILLION, | |
| Defendant. | |

This matter, having come to the Court's attention on the Government's Unopposed Motion for a Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1.    Permissible Disclosure of Protected Materials.

The material that is described in the Motion is deemed "Protected Materials." The United States will make available copies of the Protected Materials to Defendant Hiywet Bekele Million's defense counsel to comply with the government's discovery obligations. Possession of the Protected Materials is limited to defense counsel, as well as his investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

*United States v. Million*, CR21-059 RSL - 1
Protective Order

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Members of the defense team may not provide copies of the Protected Materials to other persons, including the defendant herself. The defendant may inspect and review the Protected Materials, but shall not be allowed to possess, photograph, or record the Protected Materials or otherwise retain the Protected Materials or copies thereof

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Materials to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2.      Filing

Any Protected Materials that is filed with the Court in connection with pretrial motions, trial, or other matters before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3.      Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution. Furthermore, at the close of this case, defense counsel shall return the Protected Materials, including all copies of the Protected Materials, to the office of the United States Attorney, or otherwise certify that the material has been destroyed.

///

///

*United States v. Million*, CR21-059 RSL - 2
Protective Order

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      4.      Violation of Any Terms of this Order

2          Any person who willfully violates this order may be held in contempt of court and

3    may be subject to monetary or other sanctions as deemed appropriate by this Court.

4

5          DATED this 9th day of May, 2022.

6                                                          *Mrt S Lasnik*

7                                                          ROBERT S. LASNIK
                                                           United States District Judge
8

9    Presented by:

10   */s/Sok Tea Jiang*
     SOK TEA JIANG
11   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Million*, CR21-059 RSL - 3
Protective Order