UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HIYWET BEKELE MILLION,<br><br>　　　　　　　　Defendant. | Case No. CR21-59 RSL<br><br>DETENTION ORDER |

Ms. Million is charged with six counts of Bank Fraud, 18 U.S.C. §§ 1344(1) and (2), and four counts of Aggravated Identity Theft, 18 U.S.C. § 1028(a)(1). The Court held a detention hearing on July 14, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.　　Ms. Million poses a risk of nonappearance due to her history of over 30 failures to appear, use of alias, failure to appear for sentencing, convictions for bail jumping, identity theft, and forgery, pending charges across multiple jurisdictions, active warrants across multiple jurisdictions, noncompliance while under supervision and pretrial bond, unemployment and uncorroborated enrollment in school, unstable residence, and unknown substance abuse.

DETENTION ORDER - 1

2. Ms. Million poses a risk of financial danger due to the nature of the offense, repeated history of similar conduct, and unknown substance abuse.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Ms. Million shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Million shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Million is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Million, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge