THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-059-RSL |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW APPEAL OF DETENTION ORDER |
| v. | |
| HIYWET BEKELE MILLION, | |
| Defendant. | |

THE COURT has considered Hiywet Million's motion to withdraw her motion to appeal the detention order and all the records in this case.

IT IS NOW ORDERED that Ms. Million's motion to appeal the detention order, filed at Dkt. 30, is withdrawn.

DATED this __13th__ day of October 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Hiywet Million

ORDER TO WITHDRAW
APPEAL OF DETENTION ORDER
(*United States v. Million*, CR21-059-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100